

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00445-CV

Jimmy and Cheryl **WILLIAMS**,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The reply brief for cross-appellants, Guadalupe-Blanco River Authority and Its Officers and Directors, is due February 24, 2021. On February 19, 2021, cross-appellants filed a motion requesting a ten-day extension of time to file their reply. The motion is opposed.

The motion is GRANTED and the reply brief is due **no later than March 8, 2021**. Further requests for an extension will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court